UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 12-CV-1501 DSD/JJK

| | |
|---|---|
| RONALD BERNARD, as duly appointed representative for Todd Michael Bernard, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that David W. Fuller, Assistant United States Attorney, hereby notes his appearance as counsel for Defendant Michael J. Astrue with respect to the above-referenced matter. This appearance does not waive any defense or service as required by the Federal Rules of Civil Procedure.

Dated: 6/26/12

                                                    B. TODD JONES
                                                  United States Attorney

                                                      s/ David W. Fuller

                                                  BY:   DAVID W. FULLER
                                                  Asst. United States Attorney
                                                  Attorney ID Number 390922
                                                  600 U.S. Courthouse
                                                  300 South Fourth Street
                                                  Minneapolis, MN   55415
                                                  (612) 664-5600
                                                  david.fuller@usdoj.gov

                                                  Attorneys for Defendant