UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 12-cv-1501 DSD/JJK

RONALD BERNARD, as duly
appointed representative for
Todd Michael Bernard, deceased,

   Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

   Defendant.

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR THE UNITED STATES**

  PLEASE TAKE NOTICE that Ana H. Voss, Assistant United States Attorney, hereby notes her appearance as attorney of record for Defendant and that David W. Fuller, Assistant United States Attorney, hereby withdraws his appearance for the Defendant. All parties are requested to serve all notices and papers served or filed in this case on Ana H. Voss at the office address set forth below.

Dated:   February 12, 2013

s/ David W. Fuller           s/ Ana H. Voss

| DAVID W. FULLER | ANA H. VOSS |
|---|---|
| Assistant U.S. Attorney | Assistant U.S. Attorney |
| Attorney ID No. 390922 | Attorney ID No. 483656DC |
| 600 U.S. Courthouse | 600 U.S. Courthouse |
| 300 South Fourth Street | 300 South Fourth Street |
| Minneapolis, MN   55415 | Minneapolis, MN   55415 |
| david.fuller@usdoj.gov | ana.voss@usdoj.gov |
| (612) 664-5600 | (612) 664-5600 |