UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 12-1501 DSD/JJK

TODD MICHAEL BERNARD,

      Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Defendant, by B. Todd Jones, United States Attorney for the District of Minnesota, and Ana H. Voss, Assistant United States Attorney, pursuant to Local Rule 7.2, hereby moves the Court to enter Summary Judgment for Defendant, in accordance with the provisions of Rule 56(b) and (c) of the Federal Rules of Civil Procedure, for the reasons set forth in the accompanying memorandum of law.

Dated: April 5, 2013

B. TODD JONES
United States Attorney

s/ Ana H. Voss

BY: ANA H. VOSS
Assistant United States Attorney
Attorney No. 483656DC
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600
ana.voss@usdoj.gov

Attorneys for Defendant