UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 12-1501 DSD/JJK

RONALD L. BERNARD, as duly
appointed representative for
Todd Michael Bernard, deceased,

Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

Defendant.

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR DEFENDANT**

PLEASE TAKE NOTICE that Ann M. Bildtsen, Assistant United States Attorney, hereby notes her appearance as attorney of record for Defendant and that Ana H. Voss, Assistant United States Attorney, hereby withdraws her appearance for the Defendant. All parties are requested to serve all notices and papers served or filed in this case on Ann M. Bildtsen at the office address set forth below.

Dated:  12/30/13

 s/ Ana H. Voss

BY:  ANA H. VOSS
Assistant U.S. Attorney
Attorney ID No. 483656DC
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
ana.voss@usdoj.gov
(612) 664-5600

JOHN R. MARTI
Acting United States Attorney

 s/ Ann M. Bildtsen

BY:  ANN M. BILDTSEN
Assistant U.S. Attorney
Attorney ID No. 271494
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
ann.bildtsen@usdoj.gov
 (612) 664-5600

Attorneys for Defendant