## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 13-3357

Ronald L. Bernard, duly appointed representative of Todd Michael Bernard, deceased

Appellant

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

Appellee

------------------------------------------------------------

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:12-cv-01501-DSD)

------------------------------------------------------------

**MANDATE**

In accordance with the opinion and judgment of 12/22/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 18, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit